Stephen D. Finestone (125675)
LAW OFFICES OF STEPHEN D. FINESTONE
456 Montgomery Street, 20th Floor
San Francisco, CA 94104
Telephone: (415) 421-2624
Facsimile:  (415) 398-2820
Email: sfinestone@pobox.com

Attorneys for Debtor
Mama Franceschi's LP

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re | ) | Case No. 10-30109 |
|---|---|---|
| MAMA FRANCESCHI'S LP | ) | Chapter 11 |
| Debtor. | ) | |
| _____ | ) | **APPLICATION TO EMPLOY COUNSEL FOR CHAPTER 11 DEBTOR** |

Debtor, Mama Franceschi's LP ("Applicant") submits this application to employ the Law Offices of Stephen D. Finestone (the "Firm"), whose business offices are located at 456 Montgomery Street, 20th Floor, San Francisco, CA 94104, as its general bankruptcy counsel (the "Application").  This Application is brought pursuant to sections 327(a) and 328 of the Bankruptcy Code, Federal Rule of Bankruptcy Procedure 2014 and the Guidelines of the Office of United States Trustee.  In support of the Application, the Applicant represents as follows:

1. Simultaneously herewith, Applicant filed in this Court its Voluntary Petition for relief under Chapter 11 of Title 11, United States Code.

2. During the course of this Chapter 11 case, Applicant will require the services of counsel skilled in reorganization matters.  Applicant now seeks Court approval to retain the Firm, at the expense of the estate, to provide the legal services that will be required to represent Applicant in this Chapter 11 case.  Applicant desires to retain the Firm because of its particular expertise in the areas of insolvency and business reorganizations.  The Firm has extensive experience in representing debtors, creditors and asset

APPLICATION TO EMPLOY COUNSEL                    1

Case: 10-30109   Doc# 2   Filed: 01/15/10   Entered: 01/15/10 15:47:13   Page 1 of 4

purchasers in insolvency settings. Based on the Firm's experience, Applicant believes it is in the best interest of the Debtor's estate to retain the Firm in this Chapter 11 case. All members of the Firm who will be active in this case are admitted to practice in this Court.

3. Subject to further order of this Court, and without being exhaustive, the Firm proposes to render the following types of legal services to Applicant.

    a) To advise and represent Applicant to all matters and proceedings within this Chapter 11 case, other than those particular areas that may be assigned to special counsel;

    b) To assist, advise and represent Applicant in any manner relevant to a review of its debts, obligations, maximization of its assets and where appropriate, disposition thereof;

    c) To assist, advise and represent Applicant in the operation of its business;

    d) To assist, advise and represent Applicant in the performance of all of its duties and powers under the Bankruptcy Code and Bankruptcy Rules, and in the performance of such other services as are in the interests of the estate;

    e) To assist, advise and represent Applicant in dealing with its creditors and other constituencies, analyzing the claims in this case and formulating and seeking approval of a Plan of Reorganization.

4. Subject to the provisions of the Bankruptcy Code, the Bankruptcy Rules, the Guidelines for Compensation and this Court's rules, Applicant proposes to pay the Firm its customary hourly rates in effect from time to time and to reimburse the Firm for its expenses according to its customary reimbursement policies. The current hourly rates of the attorneys handling this Chapter 11 case are Stephen D. Finestone - $375; John F. Sullivan - $300.

5. It is contemplated that the Firm may seek interim compensation during the case as permitted by section 328(a) and 331(a) of the Bankruptcy Code and Bankruptcy Rule 2016. The Firm understands that its compensation in the case is subject to the prior approval of this Court, after notice and a hearing.

6. As discussed in the accompanying Declaration of Stephen D. Finestone, neither the Firm,

nor any of its members or employees, have any connection with the Debtor, any creditors of the estate, any party in interest, their attorneys or accountants, any judge of this Court, the United States Trustee or any person employed in the office of the United States Trustee.

7. Applicant desires to retain the Firm under a general retainer of $50,000 as counsel during the pendency of this Chapter 11 case. $5,000 of the retainer was paid pre-petition by Applicant. The balance of the retainer will be paid post-petition by Applicant's principal, Paul Capurro..

8. This Application has been submitted to the Office of the United States Trustee. No hearing is required unless requested by the United States Trustee, a party in interest or the Court. Debtor will not upload an order seeking approval of this application prior to the 21 days required by the Bankruptcy Rule 6003.

Wherefore, Applicant respectfully requests that this Court approve the employment of the Law Offices of Stephen D. Finestone as its general bankruptcy counsel to render services as described above with compensation to be paid as an administrative expense in such amounts as this Court may hereafter determine and allow.

Dated: January 15, 2010

/s/ Paul Capurro
Paul Capurro
President

APPLICATION TO EMPLOY COUNSEL 3

# PROOF OF SERVICE

I, the undersigned, declare that I am over the age of eighteen years and am not a party to the within-entitled action; my business address is 456 Montgomery Street, 20th Floor, San Francisco, CA 94104.

On the below date I served the attached document(s) entitled:

**APPLICATION TO EMPLOY COUNSEL FOR CHAPTER 11 DEBTOR**

on all interested parties in said cause addressed as follows:

Office of the U.S. Trustee
235 Pine St., Ste. 700
San Francisco, CA 94104

[X] **(BY MAIL)** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the ordinary course of business for collection and mailing that same day at 456 Montgomery Street, 20th Floor, San Francisco, CA. I declare that I am readily familiar with the business practice of The Law Offices of Stephen Finestone for collection and processing of correspondence for mailing with the United States Postal Service and that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business.

[ ] **(BY HAND)** by causing a true copy of such document(s) to be hand-delivered by messenger to the following at their respective addresses as indicated above.

[ ] **(BY FEDERAL EXPRESS)** by placing a true copy thereof enclosed in a sealed envelope for delivery via Federal Express to the addressee(s) noted above.

[ ] **(BY FACSIMILE)** I served the foregoing documents on the interested party/parties in this action by facsimile transmission and the transmission was reported as completed without error to the office(s) with the following fax number: <u>(see above)</u>. I attached to this proof of service the transmission report that was properly issued by the transmitting facsimile machine maintained by Vogl & Meredith, 456 Montgomery Street, San Francisco, California.

Executed **January 15, 2010** at San Francisco, California.

[X] **(Federal)** I declare under penalty of perjury that the foregoing is true and correct.

Name: Marcia Segura          /s/ Marcia Segura

Application to Employ Counsel.wpd

APPLICATION TO EMPLOY COUNSEL                4